```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

CHRISTINA MENZEL,

        Plaintiff,

- against -

ROADGET BUSINESS PTE LTD., ET AL.,

        Defendants.

24-cv-860 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 24, 2024.

SO ORDERED.

Dated:    New York, New York
           April 9, 2024

                                            John G. Koeltl
                                     United States District Judge