

KUSHNIRSKY GERBER PLLC
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O: (212) 882-1320
F: (917) 398-1487

May 31, 2024

<u>Via ECF</u>

The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. New York, NY 10007

Re: *Menzel v. Roadget Business Pte. Ltd. et al.*, Case No. 1:24-cv-860

Dear Judge Koeltl,

      Plaintiff Christina Menzel and Defendants Roadget Business Pte. Ltd.; Zoetop Business Co., Ltd.; Shein US Services, LLC; Fashion Choice Pte. Ltd.; Shein Distribution Corp.; and Shein Technology LLC (together, the "Parties") jointly request that the Court grant the Proposed Stipulated Protective Order entered into by the Parties, which is attached hereto as <u>Exhibit A</u>.

Respectfully,

Andrew Gerber
Vanessa Sorrentino
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, New York 10003
(212) 882-1320
andrew@kgfirm.com
vanessa@kgfirm.com
*Attorneys for Plaintiff Christina Menzel*