UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINA MENZEL,

        Plaintiff,

- against -

ROADGET BUSINESS PTE LTD., ET AL.,

        Defendants.

---

24-cv-860 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The initial conference previously scheduled for July 2, 2024 is adjourned to **July 9, 2024 at 5:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049

SO ORDERED.

Dated:    New York, New York
            June 17, 2024

                                      John G. Koeltl
                                  United States District Judge