```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CHRISTINA MENZEL,

        Plaintiff,

- against -

ROADGET BUSINESS PTE LTD., ET AL.,

        Defendants.

24-cv-860 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 16, 2024.

SO ORDERED.

Dated:    New York, New York
            July 1, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                            United States District Judge