UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINA MENZEL,

        Plaintiff,

  - against -

ROADGET BUSINESS PTE LTD., ET AL.,

        Defendants.

24-cv-860 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties were directed to submit a Rule 26(f) report by **July 16, 2024.** See ECF No. 55. The conference that was scheduled for **July 9, 2024** is canceled.

SO ORDERED.

Dated:    New York, New York
           July 3, 2024

                                      John G. Koeltl
                                 United States District Judge