UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTINA MENZEL,
                    Plaintiff(s)

        -against-

ROADGET BUSINESS PTE. LTD, et al.,
                    Defendant(s).
-------------------------------------------------------------X

24 civ 860 (JGK)

## ORDER

The matter having been referred to the magistrate judge on April 25, 2024, and the parties having been directed to submit a Rule 26(f) report by July 16, 2024

The conference scheduled for Tuesday, July 9, 2024, at 4:30pm is canceled.

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 8, 2023