UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA MENZEL,<br><br>                    Plaintiff,<br><br>         -v-<br><br>ROADGET BUSINESS PTE. LTD., et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 24 Civ. 860 (JGK) (SLC)<br><br>**TELEPHONE CONFERENCE<br>SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement.  All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Plaintiff's request for a discovery conference (ECF No. 60 (the "Request")) is GRANTED, and a telephone conference is scheduled for **Tuesday, August 20, 2024 at 4:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  Pursuant to the Court's Individual Practices, Defendants shall file a letter responding to the issues raised in the Request by **August 16, 2024**.

The Clerk of Court is respectfully directed to close ECF No. 60.

Dated:      New York, New York
            August 15, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2