UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINA MENZEL,                               24-cv-860 (JGK)

          Plaintiff,                        ORDER

    - against -

ROADGET BUSINESS PTE. LTD., ET AL.,

          Defendants.

---

**JOHN G. KOELTL, District Judge:**

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant Fashion Direct Corp. to answer was September 19, 2024. To date, no answers have been filed.

    The time for the defendant Fashion Direct Corp. to answer or respond to the complaint is extended to **October 3, 2024.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant Fashion Direct Corp.

    The plaintiff should serve a copy of this Order on Fashion Direct Corp. and file proof of service on the docket by **September 30, 2024.**

SO ORDERED.

Dated:    New York, New York
          September 23, 2024

                                                John G. Koeltl
                                      United States District Judge