UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA MENZEL,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 24 Civ. 860 (JGK) (SLC)

ROADGET BUSINESS PTE. LTD. et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, October 1, 2024 (the "Conference"), the Court ORDERS as follows:

1. On or before **October 15, 2024**, Plaintiff shall file a letter-brief of not more than three (3) pages concerning her request that Defendants produce documents and information concerning their global revenue. On or before **October 29, 2024**, Defendants shall file a letter-brief of not more than three (3) pages in response.

2. Plaintiff must share any draft amended complaint with Defendants before the October 28, 2024 deadline to amend the pleadings. (ECF No. 69).

3. By **November 1, 2024**, the parties shall meet and confer to set dates for all depositions.

4. By **November 1, 2024**, Defendants shall complete the review and production of documents discussed during the Conference concerning: (i) the 107 products for which no documents have been produced; (ii) communications, both with Plaintiff and internal, concerning Plaintiff's infringement allegations; (iii) an organizational

chart showing the corporate relationships between Defendants; (iv) archived versions of Defendants' terms and conditions; (v) the results of Defendants' product review process; and (vi) corrected transactional data.

5. A telephone conference is scheduled for **Thursday, November 7, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

6. By **Monday, November 4, 2024**, the parties shall file a joint letter of not more than five (5) pages concerning their progress and any discovery issues—apart from the global revenue issue in (1), above—ripe for the Court's attention.

Either party may order a transcript of the Conference by completing the annexed transcript request form and submitting the request to etranscripts@nysd.uscourts.gov.

Dated:     New York, New York
           October 1, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET] [PRINT] [SAVE] [EMAIL]