UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA MENZEL,

                            Plaintiff,

        -v-                                          CIVIL ACTION NO.: 24 Civ. 860 (JGK) (SLC)

                                                     **ORDER**

ROADGET BUSINESS PTE. LTD. et al.,

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        The parties requested a conference pursuant to Local Rule 37.2. (ECF Nos. 142; 143).

Accordingly, an **in-person** discovery conference is scheduled for **Wednesday, March 12, 2025 at**

**11:00 a.m.** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated:        New York, New York
              March 10, 2025

                                    SO ORDERED.

                                    _____
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**

1