UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA MENZEL,

          Plaintiff,

-v-

ROADGET BUSINESS PTE. LTD. et al.,

          Defendants.

CIVIL ACTION NO. 24 Civ. 860 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

After review of Defendants' letter (ECF No. 150), and pursuant to the March 12, 2025 Order (ECF No. 149 § 1.b.), on or before **March 27, 2025**, Plaintiff shall file a response of not more than two (2) pages. The Court will e-mail Defendants' counsel instructions to submit the "document responsive to Plaintiff's request concerning the guidelines and procedures used by Defendants' in-house design team" for in camera inspection. (Id.)

Dated:    New York, New York
            March 24, 2025

SO ORDERED.

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge