| pay_time | site_tp | site_id | order_no | order_item_id | shpp_country_nm | goods_sn | member_id | shpp_first_nm | shpp_last_nm | shpp_addr1 | shpp_addr2 | shpp_city_nm | shpp_prvn_nm | shpp_post_nc | pay_amt | sku_cnt | goods_status | goods_status | cost_amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-07-14 05:08:42 | platform | AZ-WR-US | GAZNCW64C006T5A | pf_223832438651906 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 4 | 已签收 | 3.25 |
| 2022-07-14 05:08:42 | platform | AZ-WR-US | GAZNCW64C006T5A | pf_223832438651906 | United States | sf22022192981112 13 | | | | | | | | | 8.99 | 1 | 4 | 已签收 | 3.75 |
| 2022-08-02 14:57:34 | platform | AZ-WR-US | GAZNCC039Y002XH3 | pf_224025951668259 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 4 | 已签收 | 22.85 |
| 2022-08-02 14:57:34 | platform | AZ-WR-US | GAZNCC039Y002XH3 | pf_224025951668259 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 4 | 已签收 | 22.85 |
| 2022-08-05 20:21:20 | platform | AZ-WR-US | GAZNCV44A00URFN | pf_224057932297264 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 21.85 |
| 2022-08-05 20:21:20 | platform | AZ-WR-US | GAZNCV44A00URFN | pf_224057932297264 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-08-22 01:56:08 | platform | AZ-WR-US | GAZNWR36N00UU3F | pf_224220953436569 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-08-22 01:56:08 | platform | AZ-WR-US | GAZNWR36N00UU3F | pf_224220953436569 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-08-23 02:44:36 | platform | AZ-WR-US | GAZNWX2E1002XHC | pf_224231338263962 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-08-23 02:44:36 | platform | AZ-WR-US | GAZNWX2E1002XHC | pf_224231338263962 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-02 07:29:13 | platform | AZ-WR-US | GAZNWX25300U4BR | pf_224333122612633 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-02 07:29:13 | platform | AZ-WR-US | GAZNWX25300U4BR | pf_224333122612633 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-06 08:05:18 | platform | AZ-WR-US | GAZNVH46400U05V | pf_224363403964809 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 21.85 |
| 2022-09-06 08:05:18 | platform | AZ-WR-US | GAZNVH46400U05V | pf_224363403964809 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-15 12:04:47 | platform | AZ-WR-US | GAZN32165000U01S | pf_224464818101043 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-15 12:04:47 | platform | AZ-WR-US | GAZN3216600UQ1E | pf_224464818101043 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-16 06:35:55 | platform | AZ-WR-US | GAZN3L801W002XX4 | pf_224472743523737 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-16 06:35:55 | platform | AZ-WR-US | GAZN3L801W002XX4 | pf_224472743523737 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-17 00:22:52 | platform | AZ-WR-US | GAZN3C52M00U43G | pf_224480385276313 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-17 00:22:52 | platform | AZ-WR-US | GAZN3C52M00U43G | pf_224480385276313 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-19 12:54:00 | platform | AZ-WR-US | GAZN33976002YQR | pf_224505190922010 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 7 | 已经退款 | 22.85 |
| 2022-09-19 12:54:00 | platform | AZ-WR-US | GAZN33976002YQR | pf_224505190922010 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 7 | 已经退款 | 22.85 |
| 2022-09-21 03:32:31 | platform | AZ-WR-US | GAZN3CJ43290MEAH | pf_224521613674086 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-21 03:32:31 | platform | AZ-WR-US | GAZN3Q43290MEAH | pf_224521613674086 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-26 00:06:16 | platform | AZ-WR-US | GAZN3V29600U5T1 | pf_224570284976049 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-26 00:06:16 | platform | AZ-WR-US | GAZN3V29600U5T1 | pf_224570284976049 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-26 01:50:39 | platform | AZ-WR-US | GAZN3V92N002Y5B | pf_224570951510507 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-26 01:50:39 | platform | AZ-WR-US | GAZN3V92N002Y5B | pf_224570951510507 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-26 02:05:08 | platform | AZ-WR-US | GAZN3V56N002XE6 | pf_224571043104259 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 21.85 |
| 2022-09-26 02:05:08 | platform | AZ-WR-US | GAZN3V56N002XE6 | pf_224571044304259 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-26 02:49:33 | platform | AZ-WR-US | GAZN3V35160UU8Y | pf_224571327716230 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-26 02:40:33 | platform | AZ-WR-US | GAZN3V35160UU8Y | pf_224571327716230 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-30 21:20:33 | platform | AZ-WR-US | GAZN3556B60URF5 | pf_224618311668594 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-09-30 21:20:33 | platform | AZ-WR-US | GAZN3556B60URF5 | pf_224618311668594 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.85 |
| 2022-10-03 09:57:12 | platform | AZ-WR-US | GAZN3D23Q002YAL | pf_224644064560742 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.83 |
| 2022-10-03 09:57:12 | platform | AZ-WR-US | GAZN3D23Q002YAL | pf_224644064560742 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.83 |
| 2022-10-08 03:20:06 | platform | AZ-WR-US | GAZN3H39200U29U7 | pf_224691517156208 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.83 |
| 2022-10-08 03:20:06 | platform | AZ-WR-US | GAZN3H39200U29U7 | pf_224691517156208 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.83 |
| 2022-10-10 05:51:32 | platform | AZ-WR-US | GAZN3V27C002X5M | pf_224712459536589 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.83 |
| 2022-10-10 05:51:32 | platform | AZ-WR-US | GAZN3V27C002X5M | pf_224712459536580 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.83 |
| 2022-10-17 08:34:22 | platform | AZ-WR-US | GAZN41224600U5C5 | pf_224783930957440 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.83 |
| 2022-10-17 08:34:22 | platform | AZ-WR-US | GAZN41224600U5C5 | pf_224783930957440 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.83 |
| 2022-10-17 13:02:56 | platform | AZ-WR-US | GAZN41436002Y9V | pf_224785193744384 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.83 |
| 2022-10-17 13:02:56 | platform | AZ-WR-US | GAZN41436002Y9V | pf_224785193744384 | United States | sf22022192981112 13 | | | | | | | | | 18.99 | 1 | 16 | 发货 | 22.83 |

| pay_time | site_tp | site_id | order_no | order_item_id | shpp_country_nm | goods_sn | member_id | shop_frst_nm | shop_last_nm | shpp_addr1 | shpp_addr2 | shop_city_nm | shpp_prvn_nm | shpp_post_nc | pay_amt | sale_cnt | goods_status | goods_status | cost_amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-06-28 16:53:32 | platform | RETAIL | GREV7G18700U4GU | pf_2273263760141249 | Italy | sf2206117166191644 | | | | | | | | | .74 | 1 | 16 | 发货 | 26.44 |
| 2023-06-28 16:53:32 | platform | RETAIL | GREV7G18700U4GU | pf_2273263760092073 | Italy | sf2206117166191644 | | | | | | | | | .74 | 1 | 16 | 发货 | 26.44 |
| 2023-06-28 16:53:32 | platform | RETAIL | GREV7G18700U4GU | pf_2273263769141248 | Italy | sf2206117166191644 | | | | | | | | | .74 | 1 | 16 | 发货 | 29.44 |
| 2023-06-28 16:53:34 | platform | RETAIL | GREV7G127002KY9 | pf_2273263770043493 | Italy | sf2206117166191644 | | | | | | | | | .74 | 1 | 6 | 发货 | 9.44 |
| 2023-06-28 16:53:34 | platform | RETAIL | GREV7G127002KY9 | pf_2273263760040339 | Italy | sf2206117166191644 | | | | | | | | | .74 | 1 | 16 | 发货 | 26.44 |
| 2023-06-28 16:53:41 | platform | RETAIL | GREV7G07700UICL | pf_2273263776169986 | Italy | sf2206117166191644 | | | | | | | | | .74 | 1 | 16 | 发货 | 29.44 |
| 2023-06-28 16:53:41 | platform | RETAIL | GREV7G07700UICL | pf_2273263777218561 | Italy | sf2206117166191644 | | | | | | | | | .74 | 1 | 6 | 发货 | 9.44 |

| pay_time | site_tp | site_id | order_no | order_item_id | shpp_country_nm | goods_sn | member_id | shop_fst_nm | shpp_last_nm | shpp_addr1 | shpp_addr2 | shop_city_nm | shpp_prvn_n | shpp_port_nc | pay_amt | sale_cnt | goods_status | goods_status | cost_amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022-06-04 13:13:19 | platform | AZ-WR-US | OAZWCJ56X00UJ06M | pf_2240452912679068 | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 7 | 已经退款 | 11.81 |
| 2022-06-14 06:22:58 | platform | FBA-AZ-WR | OAZWN4021006UQ7C | pf_2241613514694661 | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 16 | 发货 | 11.81 |
| 2022-06-31 21:10:17 | platform | FBA-AZ-WR | OAZWKB90002XDV | pf_2243300045719555 | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 16 | 发货 | 11.81 |
| 2022-08-31 23:07:36 | platform | FBA-AZ-WR | OAZWWK52X002X4G | pf_2243353632990727 | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 16 | 发货 | 11.81 |
| 2022-09-02 21:47:17 | platform | FBA-AZ-WR | OAZWWJ06Q00UQNF | pf_2243739740669956 | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 7 | 已经退款 | 11.81 |
| 2022-09-08 11:33:20 | platform | FBA-AZ-WR | OAZWVD06F002XRX | pf_2243988622693892 | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 16 | 发货 | 11.81 |
| 2022-09-12 20:07:07 | platform | FBA-AZ-WR | OAZW3N44U00UI45E | pf_2244418964663619 | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 16 | 发货 | 11.81 |
| 2022-06-28 01:09:35 | platform | FBA-AZ-WR | OAZW3860B00U05N | pf_2245903115794439 | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 16 | 发货 | 11.81 |
| 2022-09-29 09:44:50 | platform | FBA-AZ-WR | OAZW3964W00U0HV | pf_2246529013898126l | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 16 | 发货 | 11.74 |
| 2022-10-12 22:58:24 | platform | FBA-AZ-WR | OAZW3P06F00U4FC | pf_2247468042987270 | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 16 | 发货 | 11.74 |
| 2022-11-04 09:38:31 | platform | FBA-AZ-WR | OAZW4F01M002X9F | pf_2249800751930883 | United States | sm2204184052912596 | | | | | | | | | 17.99 | 1 | 7 | 已经退款 | 11.74 |
| 2023-01-18 06:36:21 | platform | FBA-AZ-WR | OAZWTK49U00UI43A | pf_2256519921887235 | United States | sm2204184052912596 | | | | | | | | | 9.99 | 1 | 16 | 发货 | 11.74 |
| 2023-01-19 07:50:32 | platform | FBA-AZ-WR | OAZWTK316002XWT | pf_2256549160910467 | United States | sm2204184052912596 | | | | | | | | | 9.99 | 1 | 16 | 发货 | 11.74 |
| 2023-01-14 10:32:07 | platform | FBA-AZ-WR | OAZWTH113X002Y4R | pf_2256854788366338 | United States | sm2204184052912596 | | | | | | | | | 9.99 | 1 | 16 | 发货 | 11.74 |

| pay_time | site_tp | site_id | order_no | order_item_id | shpp_country_nm | goods_sn | member_id | shpp_frst_nm | shpp_last_nm | shpp_addr1 | shpp_addr2 | shpp_city_nm | shpp_prvn_n | shpp_post_rc | pay_amt | sale_cnt | goods_status | goods_status | cost_amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-10-27 11:34:24 | platform | RETAIL | GREV9Y49700UQQ4 | pf_2285343690196996 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:24 | platform | RETAIL | GREV9Y49700UQQ4 | pf_2285343690196997 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:24 | platform | RETAIL | GREV9Y49700UQQ4 | pf_2285343685148418 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:24 | platform | RETAIL | GREV9Y49700UQQ4 | pf_2285343690196998 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:25 | platform | RETAIL | GREV9Y28700UMMU | pf_2285343691114497 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:25 | platform | RETAIL | GREV9Y28700UMMU | pf_2285343691114496 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:25 | platform | RETAIL | GREV9Y28700UMMU | pf_2285343690017346 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:25 | platform | RETAIL | GREV9Y48700US8S | pf_2285343685082883 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:26 | platform | RETAIL | GREV9Y48700US8S | pf_2285343691180035 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:26 | platform | RETAIL | GREV9Y17700UMM3 | pf_2285343692160088 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:26 | platform | RETAIL | GREV9Y17700UMM3 | pf_2285343692160089 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:26 | platform | RETAIL | GREV9Y17700UMM3 | pf_2285343691114498 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:26 | platform | RETAIL | GREV9Y59700UYFG | pf_2285343691163654 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |
| 2023-10-27 11:34:26 | platform | RETAIL | GREV9Y59700UYFG | pf_2285343690115073 | Germany | sm2301040170965866 | | | | | | | | | 54.71 | 1 | 16 | 发货 | 50.32 |

| pay_time | site_tp | site_id | order_no | order_item_id | shpp_country_nm | goods_sn | member_id | shpp_frst_nm | shpp_last_nm | shpp_addr1 | shpp_addr2 | shpp_city_nm | shpp_prvn_nm | shpp_post_nc | pay_amt | sale_cnt | goods_status | goods_status | cost_amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-06-28 16:47:05 | platform | RETAIL | GREN7G4467002K2W | pl_2273263363047431 | Italy | sw22G70632726053348 | | | | | | | | | 5.74 | 1 | 56 | 发货 | 25.75 |
| 2023-06-28 16:47:05 | platform | RETAIL | GREN7G4467002K2W | pl_2273263360950273 | Italy | sw22G70632726053348 | | | | | | | | | 5.74 | 1 | 56 | 发货 | 25.75 |
| 2023-06-28 16:47:05 | platform | RETAIL | GREN7G4467002K2W | pl_2273263363047432 | Italy | sw22G70632726053348 | | | | | | | | | 5.74 | 1 | 56 | 发货 | 25.75 |
| 2023-06-28 16:47:05 | platform | RETAIL | GREN7G10700URB7 | pl_2273263361946491 | Italy | sw22G70632726053348 | | | | | | | | | 5.74 | 1 | 56 | 发货 | 25.75 |
| 2023-06-28 16:47:05 | platform | RETAIL | GREN7G10700URB7 | pl_2273263360917508 | Italy | sw22G70632726053348 | | | | | | | | | 5.74 | 1 | 56 | 发货 | 25.75 |
| 2023-06-28 16:47:05 | platform | RETAIL | GREN7G10700URB7 | pl_2273263361966890 | Italy | sw22G70632726053348 | | | | | | | | | 5.74 | 1 | 56 | 发货 | 25.75 |
| 2023-06-28 16:47:08 | platform | RETAIL | GREN7G167000HRH | pl_2273263364071427 | Italy | sw22G70632726053348 | | | | | | | | | 5.74 | 1 | 56 | 发货 | 25.75 |
| 2023-06-28 16:47:08 | platform | RETAIL | GREN7G167000HRH | pl_2273263366168578 | Italy | sw22G70632726053348 | | | | | | | | | 5.74 | 1 | 56 | 发货 | 25.75 |
| 2023-06-28 16:47:08 | platform | RETAIL | GREN7G167000HRH | pl_2273263366168580 | Italy | sw22G70632726053348 | | | | | | | | | 5.74 | 1 | 56 | 发货 | 25.75 |
| 2023-06-28 16:47:08 | platform | RETAIL | GREN7G167000HRH | pl_2273263366168579 | Italy | sw22G70632726053348 | | | | | | | | | 5.74 | 1 | 56 | 发货 | 25.75 |

| pay_time | site_tp | site_id | order_no | order_item_id | shpp_country_nm | goods_sn | member_id | shpp_frst_nm | shpp_last_nm | shpp_addr1 | shpp_addr2 | shpp_city_nm | shpp_prvn_n | shpp_post_no | pay_amt | safe_cnt | goods_status | goods_status | cost_amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023-05-25 20:12:26 | platform | RETAIL | GRENIYL27900UJ47C | pf_2269876282880021 | Italy | sw22671888338812892 | | | | | | | | | 11.49 | 1 | 16 | 发货 | 22.19 |
| 2023-05-25 20:12:26 | platform | RETAIL | GRENIYL27900UJ47C | pf_2269876279734273 | Italy | sw22671888338812892 | | | | | | | | | 11.49 | 1 | 16 | 发货 | 22.19 |
| 2023-05-25 20:12:26 | platform | RETAIL | GRENIYL27900UJ47C | pf_2269876279734274 | Italy | sw22671888338812892 | | | | | | | | | 11.52 | 1 | 16 | 发货 | 22.13 |
| 2023-05-25 20:12:26 | platform | RETAIL | GRENIYL27900UJ47C | pf_2269876282880022 | Italy | sw22671888338812892 | | | | | | | | | 11.49 | 1 | 16 | 发货 | 22.19 |
| 2023-05-25 20:12:27 | platform | RETAIL | GRENIYL01900C6WC | pf_2269876281102337 | Italy | sw22671888338812892 | | | | | | | | | 11.52 | 1 | 16 | 发货 | 22.13 |
| 2023-05-25 20:12:27 | platform | RETAIL | GRENIYL01900C6WC | pf_2269876281102336 | Italy | sw22671888338812892 | | | | | | | | | 11.49 | 1 | 16 | 发货 | 22.13 |
| 2023-05-25 20:12:27 | platform | RETAIL | GRENIYL01900C6WC | pf_2269876283190490 | Italy | sw22671888338812892 | | | | | | | | | 11.40 | 1 | 16 | 发货 | 22.13 |
| 2023-05-25 20:12:27 | platform | RETAIL | GRENIYL18900UR82 | pf_2269876282191875 | Italy | sw22671888338812892 | | | | | | | | | 11.49 | 1 | 16 | 发货 | 22.13 |
| 2023-05-25 20:12:27 | platform | RETAIL | GRENIYL18900UR82 | pf_2269876284289026 | Italy | sw22671888338812892 | | | | | | | | | 11.49 | 1 | 16 | 发货 | 22.19 |
| 2023-05-25 20:12:27 | platform | RETAIL | GRENIYL18900UR82 | pf_2269876282191876 | Italy | sw22671888338812892 | | | | | | | | | 11.52 | 1 | 16 | 发货 | 22.13 |
| 2023-11-27 18:01:21 | platform | RETAIL | GRENA641R00M6PS | pf_2288468032749572 | France | sw22671888338812892 | | | | | | | | | 6.19 | 1 | 16 | 发货 | 22.19 |
| 2023-11-27 18:01:21 | platform | RETAIL | GRENA641R00M6PS | pf_2288468035895301 | France | sw22671888338812892 | | | | | | | | | 6.17 | 1 | 16 | 发货 | 22.13 |
| 2023-11-27 18:01:22 | platform | RETAIL | GRENA653R00NW8V | pf_2288468034183169 | France | sw22671888338812892 | | | | | | | | | 6.17 | 1 | 16 | 发货 | 22.13 |
| 2023-11-27 18:01:22 | platform | RETAIL | GRENA653R00NW8V | pf_2288468034183170 | France | sw22671888338812892 | | | | | | | | | 6.19 | 1 | 16 | 发货 | 22.13 |
| 2023-11-27 18:01:30 | platform | RETAIL | GRENA612R000RX3 | pf_2288468043702272 | France | sw22671888338812892 | | | | | | | | | 6.17 | 1 | 16 | 发货 | 22.13 |
| 2023-11-27 18:01:30 | platform | RETAIL | GRENA612R000RX3 | pf_2288468043703273 | France | sw22671888338812892 | | | | | | | | | 6.19 | 1 | 16 | 发货 | 22.13 |
| 2023-11-27 18:01:32 | platform | RETAIL | GRENA606R002RCM | pf_2288468044734468 | France | sw22671888338812892 | | | | | | | | | 6.19 | 1 | 16 | 发货 | 22.13 |
| 2023-11-27 18:01:32 | platform | RETAIL | GRENA606R002RCM | pf_2288468044734467 | France | sw22671888338812892 | | | | | | | | | 6.17 | 1 | 16 | 发货 | 22.13 |
| 2023-11-27 18:59:56 | platform | RETAIL | GRENA39R002L60 | pf_2288471718944771 | France | sw22671888338812892 | | | | | | | | | 6.19 | 1 | 17 | 已经退款 | 19.68 |
| 2023-11-27 19:00:18 | platform | RETAIL | GRENA624S001NMN | pf_2288471741947906 | France | sw22671888338812892 | | | | | | | | | 6.19 | 1 | 17 | 已经退款 | 19.68 |
| 2023-11-27 19:00:19 | platform | RETAIL | GRENA64S00UJXJ2 | pf_2288471742611457 | France | sw22671888338812892 | | | | | | | | | 6.19 | 1 | 17 | 已经退款 | 19.68 |
| 2023-11-27 19:00:23 | platform | RETAIL | GRENA26500M1L2 | pf_2288471747272706 | France | sw22671888338812892 | | | | | | | | | 16.96 | 1 | 17 | 已经退款 | 19.68 |