





MENZEL00334