UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA MENZEL,

                Plaintiff,

-v-                                      CIVIL ACTION NO. 24 Civ. 860 (JGK) (SLC)

ROADGET BUSINESS PTE. LTD. et al.,          **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's motion to seal (ECF No. 155) is **GRANTED**, and her motion to compel (ECF Nos. 156; 157) is **DENIED without prejudice**. For the next two weeks, the parties shall devote their attention and resources to preparing to participate in a productive settlement conference on April 30, 2025. That includes, as required by the Court's Scheduling Order, exchanging at least one demand and offer, preparing and submitting pre-settlement conference letters, and confirming that parties with authority will participate in the Settlement Conference. (ECF Nos. 94; 121).

The Clerk of Court is respectfully directed to close ECF Nos. 155, 156, & 157.

Dated:      New York, New York
             April 14, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**