

**KUSHNIRSKY GERBER PLLC**
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O: (212) 882-1320
F: (917) 398-1487

May 19, 2025

**<u>Via ECF</u>**

The Honorable John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Menzel v. Roadget Bus. Pte. Ltd. et al.*, 1:24-cv-860 – Plaintiff's Request to Reopen the Case

Dear Judge Koeltl,

Pursuant to Your Honor's April 30, 2025 Order [*see* ECF No. 161], Plaintiff Christina Menzel ("Plaintiff") files this request for the Court to reopen the case because the parties have been unable to finalize the settlement agreement.

Weeks before the scheduled settlement conference, Plaintiff's counsel notified Defendants' counsel of a material issue that Plaintiff would not agree to as part of any settlement. Defendants never responded to this email. On April 30, 2025, the Honorable Sarah L. Cave convened a settlement conference, at which the parties reached agreement as to the settlement amount but not the other terms of the settlement.

Following the settlement conference, Plaintiff's counsel sent Defendants a draft of the settlement agreement on May 5, 2025. Defendants have yet to respond despite Plaintiff's counsel's multiple follow-up emails. Consequently, the parties do not have a finalized settlement agreement and Plaintiff requests that the Court reopen this case.

Respectfully submitted,

Andrew Gerber
Vanessa Sorrentino
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, New York 10003

2

(212) 882-1320
andrew@kgfirm.com
vanessa@kgfirm.com
*Attorneys for Plaintiff Christina*
*Menzel*