UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA MENZEL,

                Plaintiff,

-v-

ROADGET BUSINESS PTE. LTD. et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 860 (JGK) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone status conference is scheduled for **Thursday, May 22, 2025 at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

On or before **May 21, 2025 at 12:00 p.m. ET** the parties shall email to Chambers, Cave_NYSDChambers@nysd.uscourts.gov, (i) the most recent version of their settlement agreement and (ii) the parties' competing versions of the disputed clause.

Dated:     New York, New York
            May 20, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

1