UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA MENZEL,<br><br>    *Plaintiff*,<br><br>v.<br><br>ROADGET BUSINESS PTE. LTD., a Singapore private limited company; ZOETOP BUSINESS CO., LIMITED, a Chinese limited company; SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; SHEIN TECHNOLOGY LLC, a Delaware limited liability company; SHEIN US SERVICES, LLC, a Delaware limited liability company; GUANGZHOU SHEIN INTERNATIONAL IMPORT & EXPORT CO. LTD., a Chinese limited company; SHENHE INTERNATIONAL HOLDING GROUP CO., LTD., a Chinese limited company; and FASHION CHOICE PTE. LTD., a Singapore private limited company,<br><br>    *Defendants*. | Case No. 1:24-cv-860 (JGK) (SC)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that Ilya Kushnirsky of Kushnirsky Gerber PLLC hereby appears as counsel for Plaintiff Christina Menzel in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated:   New York, New York
          May 21, 2025

Respectfully Submitted,

/s/ Ilya Kushnirsky
Ilya Kushnirsky
KUSHNIRSKY GERBER PLLC

ilya@kgfirm.com
27 Union Square West, Suite 301
New York, NY 10003
(212) 882-1320
*Attorneys for Plaintiff Christina Menzel*